*In re* HERIBERTO TORRES VILLANUEVA.

*Número:* MC-90-24          *Resuelto:* 28 de agosto de 1990

*Heriberto Torres Villanueva, pro se; Ángel Viera Martínez,* abogado del querellado; *Norma Cotti Cruz, Subprocuradora General,* e *Iván F. Fuster, Procurador General Auxiliar,* abogados de El Pueblo.

## RESOLUCIÓN

Vista la *Moción de Reconsideración de Sentencia y Auxilio de Jurisdicción* presentada por el Lcdo. Heriberto Torres Villanueva de fecha 14 de julio de 1990 y sus anejos, el Tribunal ordena su reinstalación inmediata al ejercicio de la profesión de la abogacía.

En cuanto a su obra notarial, el Director de la Oficina de Inspección de Notarías, Lcdo. Govén D. Martínez Surís, deberá rendirnos a la brevedad posible un informe al respecto.

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario General. La Juez Asociada Señora Naveira de Rodón disiente por entender que lo que procedía era revocar la sentencia PER CURIAM de 22 de junio de 1990. Los Jueces Asociados Señores Hernández Denton y Andréu García no intervinieron.

(*Fdo.*) Francisco R. Agrait Lladó

*Secretario General*